U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2012 MAY 17  PM 2: 19

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

**Marcel Cyr,**
*Plaintiff*

v.                                                                      No. 12-cv-_____

**Addison Rutland Supervisory Union,**
*Defendant*

## Notice of Appearance

**To:**   The Clerk of Court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for the plaintiff, Marcel Cyr.

Dan Barrett
ACLU Foundation of Vermont
137 Elm Street
Montpelier, VT  05602
dbarrett@acluvt.org
(802) 223-6304

*Counsel for Marcel Cyr*

May 17, 2012