UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

**Marcel Cyr,**
*Plaintiff*

v.     Case No.: 2:12-cv-00105-wks

**Addison Rutland Supervisory Union,**
*Defendant*

## NOTICE OF APPEARANCE

NOW COMES Pietro J. Lynn, Esq., of Lynn, Lynn & Blackman, P.C., and enters his appearance on behalf of Addison Rutland Supervisory Union in connection with the above-referenced matter.

## STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

NOW COMES Defendant the Addison Rutland Supervisory Union, by and through its attorneys, and files this stipulated motion to extend the time for serving an Answer or Responsive Pleading until June 12, 2012. Plaintiff's counsel has graciously agreed to this extension and authorized filing this motion as stipulated.

WHEREFORE Defendant moves to extend the time for serving an Answer or Responsive Pleading until Tuesday, June 12, 2012.

DATED in Burlington, Vermont this 5th day of June, 2012.

ADDISON RUTLAND
SUPERVISORY UNION

BY: *[signature]*
Pietro J. Lynn, Esq.
Lynn, Lynn & Blackman, P.C.
76 St. Paul Street, Suite 400
Burlington, VT  05401

c:   Dan Barrett
     Edwin L. Hobson