UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

**Marcel Cyr,**
*Plaintiff*

*v.*                                                                                         Docket No. 12-cv-105

**Addison Rutland Supervisory Union,**
*Defendant*

### Return of Service

I hereby certify that on ___6-11-12___, I served the Plaintiff's First Set of Discovery Requests on __Brook dson Farrell__ by means of __In Hand, Co-ordinator Addison Rutland Super. Union__ at the location of __49 Main St Fair Haven Vt__.

__Lt. W. Roen__                                                  __Lt.__
Signature                                                                Title

Service: $ 50.00
Mileage: $ 22.20       40
Postage: $ .45
Total: $ 72.65