UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Marcel Cyr                            )
        Plaintiff(s),           )
                                      )
v.                                    )   Case No. 12-cv-105
                                      )
Addison Rutland Supervisory Union     )
        Defendant(s).           )

## STIPULATED DISCOVERY SCHEDULE/ORDER

The parties submit the following Discovery Schedule pursuant to Local Rule 26(a)(3):

1. The parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before __Nov. 29, 2012__.

2. The parties shall serve all interrogatories and requests for production on or before __Mar. 1, 2013__.

3. Depositions of all non-expert witnesses shall be completed by __April 1, 2013__.

4. Plaintiff shall submit expert witness reports on or before __45 days after def.'s expert report, if any__.

Depositions of plaintiff's expert witnesses shall be completed by __30 days after ptf.'s expert report, if any__.

5. Defendant shall submit expert witness reports on or before __Jan. 1, 2013__.

Depositions of defendant's expert witnesses shall be completed by __Feb. 15, 2013__.

6. The Early Neutral Evaluation session shall be conducted on __no later than Feb. 15, 2013__ at _____.m.

The parties have agreed that _____ will serve as the early neutral evaluator.

**(Note: Paragraph 6 only applies to ENE-eligible cases pursuant to Local Rule No. 16.1.)**

7. The parties shall serve all requests for admission on or before __May 1, 2013__.

8. All discovery shall be completed by __June 1, 2013__ (no later than 8 months after filing of the Answer or Third-Party Answer).

9. Motions for joinder of parties and amendments to the pleadings shall be filed on or before   Feb. 1, 2013   .

10. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before   July 1, 2013   .

11. This case shall be ready for trial by   any date after Aug. 1, 2013   .

|  |  |
|---|---|
|  | /s/ Dan Barrett<br>ACLU Foundation of Vermont<br>137 Elm Street  Montpelier, VT 05602<br>(802) 223-6304 x.112<br>dbarrett@acluvt.org |
| Nov. 8, 2013 |  |
| *Date* | *Counsel for Plaintiff(s)* |
|  | /s/ Pietro J. Lynn |
| Nov. 9, 2012 |  |
| *Date* | *Counsel for Defendant(s)* |

**APPROVED and SO ORDERED:**

　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District/Magistrate Judge

Date: _____

**Local Form/Rule 26(a)(3)**