**United States District Court**
**Office of the Clerk**
District of Vermont
Federal Building
**Burlington, Vermont 05402-0945**

**Jeffrey S. Eaton**
Clerk

☒ P.O. Box 945
Burlington 05402-0945
(802) 951-6301
❑ P.O. Box 998
Brattleboro 05302-0998
(802) 254-0250
❑ P.O. Box 607
Rutland 05702-0607
(802) 773-0245

November 9, 2012

Dan Barrett, Esq.
American Civil Liberties Union of Vermont
137 Elm Street
Montpelier, VT

Edwin L. Hobson, Jr., Esq.
289 College Street
Burlington, VT  05401

RE:  *Cyr v. Addison Rutland Supervisory Union*
     Docket No. *1:12-cv-00105-jgm*

Dear Counsel:

   I am writing to you regarding the proposed Stipulated Discovery Schedule/Order (Document No. 12) that was recently electronically filed.  The stipulated discovery schedule is not in compliance with Local Rule 26(a)(1) or (4)(b): providing for the completion of discovery no later than 8 months after the last answer was filed, or the date and time of the ENE session and the evaluator assigned.

   Upon review of our records defendant has yet to file an answer.  Pursuant to Local Rule 26(a)(2) the Discovery Schedule is due within 45 days after the filing of an answer.  Upon the filing of said answer, the ENE Administrator must send a list of potential evaluators from the court's roster to the parties.  Therefore, your proposed Discovery Schedule is premature at this time.  Feel free to contact me should you have any questions/concerns.

                                          Sincerely,

                                          */s/Lisa Wright*
                                          Lisa Wright
                                          Operations Supervisor
                                          (802) 951-6395x116

cc:
Pietro J. Lynn, Esq.