UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF VERMONT

|  |  |  |
|---|---|---|
| MARCEL CYR,<br>    Plaintiff, | )<br>)<br>)<br>) |  |
| v. | ) | Docket#: 2:12-cv-00105-wks |
| ADDISON RUTLAND<br>SUPERVISORY UNION,<br>    Defendant. | )<br>)<br>)<br>)<br>) |  |

### CERTIFICATE OF SERVICE

I, Sean Toohey, Esq., of Lynn, Lynn & Blackman, P.C., hereby certify that on this date I electronically filed with the Clerk of Court the following documents:

*CERTIFICATE OF SERVICE RELATIVE TO RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS TO BENSON VILLAGE SCHOOL*

Using the CM/ECF system.  The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following parties (and via hand delivery):

    Dan Barrett, Esq.

    Edwin L. Hobson, Esq.

And I also caused to be served, by U.S. Postal Service, the following non-NEF parties:

    None.

DATED at Burlington, Vermont this 11th day of January, 2013.

    ADDISON RUTLAND SUPERVISORY UNION

    BY:    /s/ Sean M. Toohey, Esq.
            Pietro J. Lynn, Esq.
            Sean M. Toohey, Esq.
            Lynn, Lynn & Blackman, P.C.
            76 St. Paul Street, Suite 400
            Burlington, VT  05401
            802-860-1500
            plynn@lynnlawvt.com