UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

**Marcel Cyr**,
*Plaintiff*

v.                                                                                                   Docket No. 12-cv-105

**Addison Rutland Supervisory Union**,
*Defendant*

## Stipulation of Dismissal

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

| | |
|---|---|
| _____/s/   Dan Barrett_____ | _____/s/  Sean Toohey_____ |
| Dan Barrett | Sean Toohey |
| ACLU Foundation of Vermont | Lynn, Lynn & Blackman, P.C. |
| 137 Elm Street | 76 St. Paul Street, Suite 400 |
| Montpelier, VT  05602 | Burlington, VT 05401 |
| (802) 223-6304 | (802) 860-1500 |
| e-filings@acluvt.org | stoohey@lynnlawvt.com |
| | |
| _____/s/  Edwin L. Hobson_____ | |
| Edwin L. Hobson | |
| 289 College Street | |
| Burlington, VT 05401 | |
| (802) 863-2000 | |
| ted@tedhobson.com | |
| | |
| *Counsel for Marcel Cyr* | *Counsel for the Addison Rutland Supervisory Union* |
| December 31, 2014 | December 31, 2014 |